IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:       BROWN, W. L. and                             CASE NO.:    1:15-70910
             BROWN, DEBORAH KAY
             Debtors                                      Chapter 7

RREF II ACB ACQUISITIONS, LLC                             PLAINTIFF

V.

W.L. BROWN, DEBROAH KAY BROWN and
RENEE S. WILLIAMS, TRUSTEE                                DEFENDANTS

### RESPONSE TO MOTION FOR RELIEF FROM
### THE AUTOMATIC STAY AND ABANDONMENT

Comes now, Renee S. Williams, Chapter 7 Trustee herein, and for her Response to the Motion for Relief From the Automatic Stay and Abandonment (hereinafter the "Motion") filed by RREF II ACB Acquisitions, LLC (hereinafter "RREF") states and alleges:

1. The Trustee admits the allegations contained in paragraphs 1 and 2 of the Motion.

2. A §341(a) meeting has not been conducted in this matter and the Trustee has not completed her investigation of the debtors' financial affairs.

3. Based on the foregoing, the Trustee is without sufficient information to admit or deny the allegations contained in paragraphs 3, 4, 5, 6, and 7 of the Motion, accordingly, the allegations are denied.

4. Pleading affirmatively, the Trustee asserts that, based upon the exhibits attached to the Motion, the lien recorded on the face of the title for the Mobile Home that is the subject of the Motion was released by Atlantic Coast Bank.

5. To the best of Trustee's knowledge, information and belief, and based upon the information currently available to the Trustee, the claimed security interest of RREF in the Mobile Home that is the subject of the Motion is void as to the Trustee pursuant to 11 U.S.C. § 544.

6. The Trustee, further, asserts that this matter should be set for hearing and this Honorable Court should require strict proof of the allegations contained in the Motion. Additionally, the Motion should be denied and the Mobile Home at issue should be turned over to the Trustee as property of the bankruptcy estate.

**WHEREFORE**, the Trustee prays that this Court enter its Order denying the Motion for Relief From the Automatic Stay and Abandonment and awarding to the Trustee all other just and proper relief to which she may be entitled.

Respectfully submitted,

/s/ Renee S. Williams_____
Renee S. Williams
Bankruptcy Trustee
125 Roberts Ridge Terrace
Hot Springs, AR 71901-7286
(501) 624-4330
Arkansas Bar Number 83-182

**CERTIFICATE OF SERVICE**

I, RENEE S. WILLIAMS, do hereby certify this **30th day of April, 2015,** that I have duly served a copy of the above and foregoing upon the U.S. Trustee via ECF and, by placing a copy of same in the U. S. Mail, postage prepaid, addressed to ERIC S. BROCK, Attorney for Debtor, PO Box 6400, Hot Springs, AR, 71902, and MARTHA JETT MCALISTER, Attorney for RREF, 415 N. McKinley St., Suite 1177, Little Rock, AR 72205-3177.

/s/ Renee S. Williams\_\_
Renee S. Williams